# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 29, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

134439-40

ANTOINE KANDALAFT,
        Plaintiff-Appellant,

v

JOHN M. PETERS, P.L.C.,
        Defendant-Appellee.

SC: 134439
COA: 267471
Wayne CC: 04-426462-NM

_____/

JOHN M. PETERS, P.L.C.,
        Plaintiff-Appellee,

v

ANTOINE KANDALAFT,
        Defendant-Appellant,

SC: 134440
COA: 267497
Wayne CC: 04-426462-NM
17th DC: 04-032197-GC

and

RANDA KANDALAFT and
GAN GONY, INC.,
        Defendants.

_____/

On order of the Court, the application for leave to appeal the April 17, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 29, 2007

Clerk

p1022